**No. 10-9134. Stalin Emilio Perez, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 946, 131 S. Ct. 2114, 179 L. Ed. 2d 909, 2011 U.S. LEXIS 3021.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 391 Fed. Appx. 1000.

**No. 10-9136. Eugene Williams, Petitioner v. Illinois.**

563 U.S. 946, 131 S. Ct. 2114, 179 L. Ed. 2d 909, 2011 U.S. LEXIS 3078.

April 18, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 399 Ill. App. 3d 1224, 371 Ill. Dec. 744, 990 N.E.2d 932.

**No. 10-9142. Robert Robinson, Petitioner v. Illinois.**

563 U.S. 946, 131 S. Ct. 2114, 179 L. Ed. 2d 909, 2011 U.S. LEXIS 3001.

April 18, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 399 Ill. App. 3d 1222, 371 Ill. Dec. 743, 990 N.E.2d 931.

**No. 10-9146. Rodney Adkins, Petitioner v. Illinois.**

563 U.S. 946, 131 S. Ct. 2115, 179 L. Ed. 2d 909, 2011 U.S. LEXIS 3144.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 239 Ill. 2d 1, 346 Ill. Dec. 11, 940 N.E.2d 11.

**No. 10-9151. Syran Manning, Petitioner v. Illinois.**

563 U.S. 946, 131 S. Ct. 2115, 179 L. Ed. 2d 909, 2011 U.S. LEXIS 3147.

April 18, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 401 Ill. App. 3d 1142, 371 Ill. Dec. 289, 989 N.E.2d 1217.

**No. 10-9158. Gale Rouzer, Petitioner v. Michael Wenerowicz, Superintendent, State Correctional Institution at Graterford, et al.**

563 U.S. 946, 131 S. Ct. 2115, 179 L. Ed. 2d 909, 2011 U.S. LEXIS 2985.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9160. Cedric Dupree, Petitioner v. Early Laster, et al.**

563 U.S. 946, 131 S. Ct. 2115, 179 L. Ed. 2d 909, 2011 U.S. LEXIS 3019.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 389 Fed. Appx. 532.

**No. 10-9172. Antoine Rice, Petitioner v. Illinois.**

563 U.S. 946, 131 S. Ct. 2115, 179 L. Ed. 2d 909, 2011 U.S. LEXIS 3153.

April 18, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 401 Ill. App. 3d 1142, 371 Ill. Dec. 289, 989 N.E.2d 1217.